IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HO PROVATO LLC | § | CASE NO. 18-41707 |
| | § | (Chapter 7) |
| DEBTOR. | § | |

**NOTICE OF CREDITOR ADDRESS CHANGE**

Please take notice of change of address of creditor, Lucien Tujague

New Address:    1909 Woodall Rodgers Freeway
Third Floor
Dallas, TX 75201

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By:  */s/ John Paul Stanford*
      John Paul Stanford; TBN 19037350

ATTORNEYS FOR LUCIEN TUJAGUE